IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUBURN MEDICAL CENTER, INC., ) ) ) Plaintiff, ) ) 5. ) ) SUE BELL COBB, in her ) official capacity ) as Chief Justice, ) et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:03cv1225-MHT (WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions to dismiss (Doc. Nos. 91, 93, 94, 98 & 101) are granted.

(2) This lawsuit is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff Auburn Medical Center, Inc., for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 21st day of March, 2008.**

                                                                     **/s/ Myron H. Thompson**
                                                              **UNITED STATES DISTRICT JUDGE**